**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**


Civil Action No. 12-cv-02057-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)


JUAN VELASQUEZ,

      Applicant,

v.

WARDEN FAULK, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant, Juan Velasquez, is in the custody of the Colorado Department of

Corrections and currently is incarcerated at the prison facility in Limon, Colorado.  Mr.

Velasquez has submitted an Application for a Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2254.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has

determined that the submitted documents are deficient as described in this Order.  Mr.

Velasquez will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Mr. Velasquez files in response to this Order must include the civil action

number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)      __      is not submitted
(2)      __      is missing affidavit
(3)      __      is missing certified copy of prisoner's trust fund statement for the 6-month
                 period immediately preceding this filing
(4)      __      is missing certified statement showing current balance in prison account
(5)      __      is missing required financial information
(6)      __      is missing an original signature by the prisoner
(7)      __      is not on proper form (must use the court's current form)
(8)      __      names in caption do not match names in caption of complaint, petition or
                 habeas application
(9)      __      An original and a copy have not been received by the court.
                 Only an original has been received.
(10)     __      other:

**Complaint, Petition or Application**:
(11)     __      is not submitted
(12)     __      is not on proper form (must use the court's current form)
(13)     _X_     is missing an original signature by the prisoner
(14)     __      is missing page nos. ___
(15)     __      uses et al. instead of listing all parties in caption
(16)     __      An original and a copy have not been received by the court.  Only an
                 original has been received.
(17)     __      Sufficient copies to serve each defendant/respondent have not been
                 received by the court.
(18)     __      names in caption do not match names in text
(19)     __      other:

Accordingly, it is

ORDERED that Mr. Velasquez cure the deficiency designated above **within**

**thirty days from the date of this Order**.  Any papers that Mr. Velasquez files in

response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Mr. Velasquez shall obtain the Court-approved form

used in filing a 28 U.S.C. § 2254 action (with the assistance of his case manager or the

facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Mr. Velasquez fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED August 13, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge