IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-02057-WYD

JUAN VELASQUEZ,

    Applicant,

v.

WARDEN FAULK, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

AMENDED  ORDER TO PROVIDE STATE COURT RECORD

---

On February 1, 2013, the Court entered an order instructing Respondents to file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Case No. 86CR653, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  Inadvertently, the Court referred to Case No. 86CR653.  The state criminal case at issue in this case is Case No. 02CR2048.  Accordingly, it is ORDERED:

    (1)     Within thirty days from the date of this order Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Adams County District Court case number 02CR2048, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as

opposed to documentary evidence) not relevant to the asserted claims.

 (2) The Clerk of the Court is directed to send copies of this Order to the following:

 (1) Clerk of the Court
 Adams County District Court
 1100 Judicial Drive
 Brighton, Colorado 80601; and

 (2) Court Services Manager
 State Court Administrator's Office
 101 W. Colfax, Ste. 500
 Denver, Colorado 80202.

 Dated: March 6, 2013, at Denver, Colorado.

         BY THE COURT:

         <u>s/Wiley Y. Daniel</u>
         WILEY Y. DANIEL, Senior Judge
         United States District Court